

# Fourth Court of Appeals
## San Antonio, Texas

July 8, 2019

No. 04-19-00441-CR

Anthony **MCVEA,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 144th Judicial District Court, Bexar County, Texas
Trial Court No. 2019CR5436
Honorable Ray Olivarri, Judge Presiding

# O R D E R

On June 28, 2019, Appellant Anthony McVea filed a notice of appeal. The notice of appeal does not indicate the date on which the trial court rendered a final judgment.

The clerk's record shows Appellant has been indicted, but it does not include a final order or judgment or give any indication that a hearing on a dispositive motion or a trial was held.

The clerk record does not contain an appealable judgment or order. *See* TEX. CODE CRIM. PROC. ANN. art. 44.02 (authorizing a defendant in a criminal action to appeal); *Abbott v. State*, 271 S.W.3d 694, 697 (Tex. Crim. App. 2008) (reiterating that the right to appeal under article 44.02 is limited to appeal from a final judgment).

We ORDER Appellant to show cause in writing within FIFTEEN DAYS of the date of this order why this appeal should not be dismissed for want of jurisdiction. If Appellant fails to show cause in writing as ordered, this appeal will be dismissed for want of jurisdiction. *See Abbott*, 271 S.W.3d at 697 n.8.

All other appellate deadlines are SUSPENDED pending further order of this court.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 8th day of July, 2019.



KEITH E. HOTTLE,
Clerk of Court